IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Shari K. Simon,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-00217-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
|        **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Under The Equal Access to Justice Act,* filed April 20, 2015 [Doc. 23]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Under The Equal Access to Justice Act,* filed April 20, 2015 [Doc. 23] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,000.00.

                                                               */s/ John T. Maughmer*
                                                                **John T. Maughmer**
                                                       **United States Magistrate Judge**